In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER S. DRESCHER, Respondent, *v.* JOHN T. DOOLING et al., Constituting the Board of Elections of the City of New York, et al., Appellants.

*Matter of Drescher* v. *Dooling*, 134 App. Div. 945, affirmed.
(Argued October 27, 1909; decided October 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1909, which reversed an order of Special Term confirming the action of the board of elections of the city of New York in sustaining objections to the independent nomination of the relator for the office of alderman in the sixty-fifth aldermanic district of the city of New York.

*Reuben L. Haskell* for appellants.

*Samuel A. Telsey* for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.